| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | ERIC V. KERSTEN, CA Bar #226429 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| | Attorneys for Defendant |
| 6 | JEFFREY JOHN HANSEN |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1:18-cr-00112 DAD-BAM |
| | ) | |
| Plaintiff, | ) | |
| | ) | WAIVER OF DEFENDANT'S PERSONAL |
| v. | ) | PRESENCE; [PROPOSED] ORDER |
| | ) | THEREON |
| JEFFREY JOHN HANSEN | ) | |
| | ) | Hon Barbara A. McAuliffe |
| Defendant. | ) | |

Pursuant to Fed. R. Crim. P. 43(b)(3), Defendant, Jeffrey John Hansen, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court proceed in his absence on every occasion that the Court may permit, pursuant to this waiver. Defendant agrees that his interests shall be represented at all times by the presence of his attorney, the Office of the Federal Defender for the Eastern District of California, the same as if Defendant were personally present, and requests that this court allow his attorney-in-fact to represent his interests at all times. Defendant further agrees that notice to Defendant's attorney that Defendant's presence is required will be deemed notice to the Defendant of the requirement of his appearance at said time and place.

///

///

///

Mr. Hansen makes this request because he resides in Ridgefield, California, and wishes to minimize the time and expense involved in traveling to Fresno for non-dispositive hearings. AUSA Brian Enos has no objection to this request.

Respectfully submitted,

DATED: August 3, 2018            */s/ Jeffrey John Hansen*
JEFFREY JOHN HANSEN
Defendant

DATED: August 3, 2018            */s/ Eric V. Kersten*
ERIC V. KERSTEN
Assistant Federal Defender
Attorney for Defendant
Jeffrey John Hansen

**O R D E R**

GOOD CAUSE APPEARING, **IT IS SO ORDERED.** Defendant's appearance may be waived at all non-dispositive pretrial proceedings until further order.

IT IS SO ORDERED.

Dated:    **August 6, 2018**            /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE