| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | ERIC V. KERSTEN, CA Bar #226429 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| | Attorneys for Defendant |
| 6 | JEFFREY JOHN HANSEN |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | Case No. 1:18-cr-00112 DAD |
| | Plaintiff, | **STIPULATION TO CONTINUE SENTENCING, ORDER THEREON** |
| vs. | | Date: March 9, 2020 |
| JEFFREY JOHN HANSEN, | | Time: 10:00 a.m. |
| | | Judge: Hon. Dale A. Drozd |
| | Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel that the sentencing hearing scheduled for February 18, 2020 may be may be continued to March 9, 2019, at 10:00 a.m., or the soonest time thereafter convenient to the court. It is further requested that the dates for filing informal objections, formal objections and sentencing memoranda be extended by three weeks to correspond to the new sentencing date.

The continuance is requested to allow the defense time to investigate the restitution request in this matter; and obtain additional records prior to filing informal objections.

The parties agree that the delay resulting from this request shall be excluded in the

///

///

///

///

interests of justice, and for effective defense investigation and preparation, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

McGREGOR W. SCOTT
United States Attorney

DATED: January 16, 2020    By    */s/ Brian W. Enos*
BRIAN W. ENOS
Assistant United States Attorney
Attorneys for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

DATED: January 16, 2020    By    */s/ Eric V. Kersten*
ERIC V. KERSTEN
Assistant Federal Defender
Attorneys for Defendant
JEFFREY JOHN HANSEN

## ORDER

**IT IS SO ORDERED**. For the reasons set forth above sentencing is continued to March 9, 2020 at 10:00 a.m.

IT IS SO ORDERED.

Dated: **January 16, 2020**    __Dale A. Drozd__
UNITED STATES DISTRICT JUDGE