| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | ERIC V. KERSTEN, CA Bar #226429 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| | Attorneys for Defendant |
| 6 | JEFFREY JOHN HANSEN |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:18-cr-00112 DAD |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING; ORDER THEREON** |
| vs. | Date: March 30, 2020 |
| JEFFREY JOHN HANSEN, | Time: 10:00 a.m. |
| Defendant. | Judge: Hon. Dale A. Drozd |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel that the sentencing hearing scheduled for March 9, 2020 may be may be continued to March 30, 2019, at 10:00 a.m., or the soonest time thereafter convenient to the court.

The continuance is requested to allow additional time for defense investigation related to sentencing, and to allow additional opportunities for defense counsel to meet with Mr. Hansen, who is housed at Lerdo, prior to filing his sentencing memorandum The continuance is also requested to provide an opportunity for the parties to attempt to resolve some issues related to restitution.

The parties agree that the delay resulting from this request shall be excluded in the interest of justice, and for effective defense investigation and preparation, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

// // //

|   |   |   |
|---|---|---|
| | | McGREGOR W. SCOTT<br>United States Attorney |
| DATED: February 28, 2020 | | */s/ Brian W. Enos*<br>BRIAN W. ENOS<br>Assistant United States Attorney<br>Attorneys for Plaintiff |

 

| | |
|---|---|
| | HEATHER E. WILLIAMS<br>Federal Defender |
| DATED: February 28, 2020 | */s/ Eric V. Kersten*<br>ERIC V. KERSTEN<br>Assistant Federal Defender<br>Attorneys for Defendant<br>JEFFREY JOHN HANSEN |

## ORDER

**IT IS SO ORDERED**. For the reasons set forth above sentencing is continued to March 30, 2020 at 10:00 a.m.

IT IS SO ORDERED.

Dated: __**February 28, 2020**__

_____
UNITED STATES DISTRICT JUDGE