HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, CA Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
JEFFREY JOHN HANSEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JEFFREY JOHN HANSEN,<br><br>Defendant. | Case No. 1:18-cr-00112 DAD<br><br>**STIPULATION TO CONTINUE SENTENCING; ORDER THEREON**<br><br>Date: June 22, 2020<br>Time: 10:00 a.m.<br>Judge: Hon. Dale A. Drozd |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel that the sentencing hearing scheduled for June 2, 2020 may be continued to June 22, 2020, at 9:00 a.m., or the soonest time thereafter convenient to the court.

The continuance is requested to allow additional time for defense investigation related to sentencing, and to allow additional opportunities for defense counsel to communicate confidentially with Mr. Hansen, who is housed at the Lerdo detention facility, prior to sentencing.

Due to the pandemic, and the related quarantine at Lerdo, defense counsel has had no in person communication with Mr. Hansen since his presentence interview, and no confidential telephonic communications for several weeks. Also, given the sensitive nature of the information contained in the PSR, a copy of the PSR was not mailed to Mr. Hansen out of concern for his personal safety while incarcerated.

Lerdo is now coming off quarantine and confidential telephonic communications are resuming. The Federal Defender's office has also provided an iPad to the US Marshals, who expect to deliver the device to Lerdo next week. Consequently, attorney client video communications, which will allow for the review of documents, should be available towards the end of next week. Mr. Hansen is willing to proceed with sentencing via zoom, but additional time is needed for preparation as confidential attorney client communications have been severely limited over the past two months. For this reason the defense is requesting a continuance to allow adequate time for necessary attorney client communication and defense preparation.

The parties agree that the delay resulting from this request shall be excluded in the interest of justice, and for effective defense investigation and preparation, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

DATED: May 21, 2020

McGREGOR W. SCOTT
United States Attorney
*/s/ Brian W. Enos*
BRIAN W. ENOS
Assistant United States Attorney
Attorneys for Plaintiff

DATED: May 21, 2020

HEATHER E. WILLIAMS
Federal Defender
*/s/ Eric V. Kersten*
ERIC V. KERSTEN
Assistant Federal Defender
Attorneys for Defendant
JEFFREY JOHN HANSEN

## ORDER

**IT IS SO ORDERED**. For the reasons set forth above sentencing is continued to June 22, 2020 at 10:00 a.m.

IT IS SO ORDERED.

Dated: **May 26, 2020**

UNITED STATES DISTRICT JUDGE