McGREGOR W. SCOTT
United States Attorney
BRIAN W. ENOS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, Ca 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:18-CR-00112-DAD-BAM |
| Plaintiff, | **FINAL ORDER OF FORFEITURE** |
| v. | |
| JEFFREY JOHN HANSEN, | |
| Defendant. | |

On or about November 5, 2019, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253, based upon the plea agreement entered into between plaintiff and defendant Jeffrey John Hansen forfeiting to the United States the following property:

    a.   Hewlett Packard laptop computer, seized from defendant by law enforcement on or about September 6, 2017;

    b.   HGST internal hard drive, seized from defendant by law enforcement on or about September 6, 2017;

    c.   Insten USB thumb drive, seized from defendant by law enforcement on or about September 6, 2017; and,

    d.   SD cards, compact discs, hard drives, or other electronic storage devices containing visual depictions of minors engaged in sexually explicit conduct

1    and seized from defendant by law enforcement on or about September 6, 2017.

2        Beginning on January 17, 2020, for at least 30 consecutive days, the United States

3    published notice of the Court's Order of Forfeiture on the official internet government forfeiture

4    site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition

5    the Court within sixty (60) days from the first day of publication of the notice for a hearing to

6    adjudicate the validity of their alleged legal interest in the forfeited property.

7        The Court has been advised that no third party has filed a claim to the subject property,

8    and the time for any person or entity to file a claim has expired.

9        Accordingly, it is hereby ORDERED and ADJUDGED:

10       1.    A Final Order of Forfeiture shall be entered forfeiting to the United States all right,

11   title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253, including all right,

12   title, and interest of Jeffrey John Hansen.

13       2.    All right, title, and interest in the above-listed property shall vest solely in the

14   name of the United States of America.

15       3.    The Federal Bureau of Investigation shall maintain custody of and control over the

16   subject property until it is disposed of according to law.

17   IT IS SO ORDERED.

18   Dated:   **August 13, 2020**                    _____

19                                         UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28