HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, CA Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
JEFFREY JOHN HANSEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JEFFREY JOHN HANSEN,<br><br>Defendant. | Case No. 1:18-cr-00112 DAD<br><br>**STIPULATION TO CONTINUE RESTITUTION HEARING; ORDER THEREON**<br><br>Date:  September 14, 2020<br>Time:  10:00 a.m.<br>Judge: Hon. Dale A. Drozd |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel that the restitution hearing scheduled for August 24, 2020 may be continued to September 14, 2020. It is further stipulated that the corresponding filing date may be continued from August 17, 2020 to September 8, 2020.

At the June 23, 2020 sentencing hearing the Court scheduled a restitution hearing for August 24, 2020, with supplemental briefing due August 17, 2020. The hearing will address restitution requests by 11 victims. Counsel have been diligently attempting to reach an agreement to resolve some, and hopefully all, of the requests but additional time is needed to contact the victims and Mr. Hansen before finalizing an agreement. The parties are requesting a three week continuance of the briefing and hearing dates to allow time for this to occur. Even with the this continuance, the hearing will be held within the 90 days of sentencing, as set forth at 18 U.S.C. §§ 2259(b)(2) and 3664(d)(2)(B)(5).

1    The parties agree that the delay resulting from this request shall be excluded in the

2   interest of justice, and for effective defense investigation and preparation, pursuant to 18

3   U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

4
                                                McGREGOR W. SCOTT
5                                               United States Attorney

6   DATED:  August 17, 2020              /s/ Brian W. Enos
                                                BRIAN W. ENOS
7                                               Assistant United States Attorney
                                                Attorneys for Plaintiff
8

9                                               HEATHER E. WILLIAMS
                                                Federal Defender
10

11  DATED:  August 17, 2020              /s/ Eric V. Kersten
                                                ERIC V. KERSTEN
12                                              Assistant Federal Defender
                                                Attorneys for Defendant
13                                              JEFFREY JOHN HANSEN

14

15                                **ORDER**

16    **IT IS SO ORDERED**. For the reasons set forth above the restitution hearing is

17  continued to September 14, 2020; with supplemental briefing due September 8, 2020.

18  IT IS SO ORDERED.

19    Dated:   **August 17, 2020**

20                                              UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28

Hansen: Stipulation to Continue Restitution Hearing        -2-