IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JEFFREY JOHN HANSEN,<br><br>    Defendant and Judgment Debtor. | CASE NO.  1:18-CR-00112-DAD-BAM<br><br>**ORDER GRANTING TURNOVER OF FUNDS IN INMATE TRUST ACCOUNT** |

   The Court, having reviewed the United States' motion for turnover of funds in defendant's trust account, and good cause appearing, hereby grants the United States' motion and orders the U.S. Bureau of Prisons to turn over $1,400.00 to the Clerk of the Court.  See 18 U.S.C. §§ 3613 and 3664(n).

   The Clerk of the Court is directed to serve the BOP and the defendant a copy of this order.

IT IS SO ORDERED.

   Dated:   **April 1, 2022**              _____
                                           UNITED STATES DISTRICT JUDGE